## MEJIA v. STATE.
### No. 16736.

Court of Criminal Appeals of Texas.
April 18, 1934.

H. G. Williams, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is assault with intent to murder; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## CHRISTOPHER v. STATE.
### No. 16731.

Court of Criminal Appeals of Texas.
April 18, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument, punishment being assessed at two years in the penitentiary. The indictment is in proper form. No statement of facts or bills of exception appear in the record. In such condition nothing is presented for review.

The judgment is affirmed.